**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**LOIS H. GOODMAN**<br>UNITED STATES MAGISTRATE JUDGE | CLARKSON S. FISHER U.S. COURTHOUSE<br>402 EAST STATE STREET<br>ROOM 7050<br>TRENTON, NJ 08608<br>609-989-2114 |

May 6, 2020

## LETTER ORDER

Re:  **STRIKE 3 HOLDINGS, LLC v. JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 67.82.173.121,
Civil Action No. 18-17619 (BRM) (LHG)**

Dear Counsel:

Pending before the Court is Plaintiff's motion for an extension of time to serve process and Defendant's motion to dismiss.  [Docket Entry Nos. 16, 21].  The motions raise issues similar to those raised in numerous cases both within and outside of this District.  Currently pending before the District Court are at least 13 appeals in these cases:

- *Strike 3 Holdings, LLC v. John Doe Subscriber Assigned IP Address 173.71.68.16*, Civil Action No. 18-2674 (RBK) (Docket Entry No. 31);
- *Strike 3 Holdings, LLC. V. John Doe Subscriber Assigned IP Address 76.116.36.190*, Civil Action No. 18-12585 (NLH) (Docket Entry No. 31);
- *Strike 3 Holdings, LLC v. John Doe Subscriber Assigned IP Address 76.116.76.28*, Civil Action No. 18-12586 (JHR) (Docket Entry No. 32);
- *Strike 3 Holdings, LLC. V. John Doe Subscriber Assigned IP Address 76.116.4.83*, Civil Action No. 18-16564 (RBK) (Docket Entry No. 9);
- *Strike 3 Holdings, LLC. V. John Doe Subscriber Assigned IP Address 173.71.88.194*, Civil Action No. 18-16565 (RMB) (Docket Entry No. 8);
- *Strike 3 Holdings, LLC. V. John Doe Subscriber Assigned IP Address 173.61.123.185*, Civil Action No. 18-16566 (NLH) (Docket Entry No. 8);
- *Strike 3 Holdings, LLC. V. John Doe Subscriber Assigned IP Address 73.199.120.248*, Civil Action No. 18-17594 (RBK) (Docket Entry No. 8);
- *Strike 3 Holdings, LLC. V. John Doe Subscriber Assigned IP Address 76.116.3.105*, Civil Action No. 18-17595 (RBK) (Docket Entry No. 8);
- *Strike 3 Holdings, LLC. V. John Doe Subscriber Assigned IP Address 73.194.76.148*, Civil Action No. 19-894 (RMB) (Docket Entry No. 8);
- *Strike 3 Holdings, LLC. V. John Doe Subscriber Assigned IP Address 76.116.95.148*, Civil Action No. 19-895 (RMB) (Docket Entry No. 9);

*Strike 3 Holdings, LLC v. John Doe Subscriber assigned IP address 67.82.173.121*
Page 2 of 2

- *Strike 3 Holdings, LLC. V. John Doe Subscriber Assigned IP Address 174.57.174.87*, Civil Action No. 19-14014 (NLH) (Docket Entry No. 7);
- *Strike 3 Holdings, LLC. V. John Doe Subscriber Assigned IP Address 73.215.174.234*, Civil Action No. 19-14015 (JHR) (Docket Entry No. 7); and
- *Strike 3 Holdings, LLC. V. John Doe Subscriber Assigned IP Address 73.80.57.239*, Civil Action No. 19-14016 (JHR) (Docket Entry No. 7).

Pursuant to Strike 3 Holdings, LLC's L.Civ.R. 40.1(e) request, all thirteen appeals have been assigned to one District Judge.

The Court finds that the most efficient and effective manner to proceed with respect to the motions pending in this matter is to await guidance from the District Court regarding the aforementioned appeals before rendering decisions here.  As a result, the Court exercises its discretion to stay and administratively terminate the two pending motions in this matter.  *See United States v. Washington*, 869 F.3d 193, 220 (3d Cir. 2017) (noting that "[a]s we have often said, matters of docket control and discovery are committed to [the] broad discretion of the district court").  Plaintiff is to promptly advise this Court when a decision on the aforementioned appeals is rendered at which point the parties may request that their motions be reinstated.

The Clerk's Office is instructed to administratively terminate the motions at Docket Entry Nos. 16 and 21.

**IT IS SO ORDERED.**

**LOIS H. GOODMAN**
**United States Magistrate Judge**