# The Atkin Firm, LLC

Attorneys at Law

55 Madison Avenue, Suite 400
Morristown, NJ 07960

400 Rella Boulevard, Suite 165
Suffern, NY 10901

By: John C. Atkin, Esq.*
   ---
* Member of NJ, NY, and PA Bar

Tel:  (973) 314-8010
Fax: (833) 693-1201
Email: JAtkin@atkinfirm.com

July 1, 2020

**VIA ECF**

The Honorable Lois H. Goodman
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re:   Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 67.82.173.121**
**Dkt. No. 3:18-cv-17619-BRM-LHG**

Judge Goodman:

As you know, I represent Plaintiff Strike 3 Holdings, LLC ("Plaintiff") in the above-captioned matter. By text order dated November 7, 2019, this Court administratively terminated Defendant's motion to quash the subpoena previously authorized by this Court, ECF No. 8, and requested briefing regarding appeals that were then-pending before the Hon. Noel. L. Hillman, which concerned orders denying leave to conduct early discovery and to extend the time to serve process entered by Judge Schneider in thirteen matters ("Judge Schneider's Orders"). ECF No. 19.

After receiving that briefing, the Court entered a letter order on May 6, 2020, administratively terminating Plaintiff's third motion to extend time to serve process, ECF No. 16, and Defendant's motion to dismiss for lack of subject matter jurisdiction, ECF No. 21,[1] and ordering Plaintiff to "promptly advise this Court when a decision on the aforementioned appeals [of Judge Schneider's Orders] is rendered at which point Plaintiff may request that the instant motion be reinstated." ECF No. 23.

---

[1] This document was filed as a "motion," but appears to be Defendant's response to the Court's request for briefing on the applicability of Judge Schneider's decision to the motion to quash. *See* ECF No. 19.

The Honorable Lois H. Goodman
July 1, 2020

  On June 30, 2020, Judge Hillman issued his opinion, reversing Judge Schneider's Orders and remanding each matter to Judge Schneider to formulate an appropriate protective order for the information yielded by the subpoena. A copy of this decision is attached.

  Accordingly, Plaintiff respectfully requests that the Court (1) reinstate Defendant's motion to quash and Plaintiff's motion to extend time to serve process, and (2) issue a decision on both motions. A proposed order regarding the request to reinstate these motions is attached for the Court's consideration.

  Thank you for your attention to this matter.

            Respectfully submitted,

            */s/ John C. Atkin*

            John C. Atkin, Esq.

Encl.

cc: All counsel of record (*via* ECF)