# The Atkin Firm, LLC

Attorneys at Law

55 Madison Avenue, Suite 400
Morristown, NJ 07960

400 Rella Boulevard, Suite 165
Suffern, NY 10901

By: John C. Atkin, Esq.*
---
* Member of NJ, NY, and PA Bar

Tel:  (973) 314-8010
Fax: (833) 693-1201
Email: JAtkin@atkinfirm.com

July 14, 2020

**VIA ECF**

The Honorable Lois H. Goodman
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   **Re: Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 67.82.173.121**
      **Dkt. No. 3:18-cv-17619-BRM-LHG**

Judge Goodman:

  As you know, I represent Plaintiff Strike 3 Holdings, LLC ("Plaintiff") in the above-captioned matter. I write to apprise the Court of a decision issued on July 14, 2020, by the United States Court of Appeals for the District of Columbia, in *Strike 3 Holdings, LLC v. Doe*, No. 18-7188 (D.C. Cir. 2020), which reversed the decision of the Honorable Royce C. Lamberth, denying Plaintiff leave to conduct early discovery in *Strike 3 Holdings, LLC v. Doe*, 351 F. Supp. 3d 160 (D.D.C. 2018) as an abuse of discretion.

  Plaintiff respectfully requests that the Court consider this decision as supplemental authority supporting the denial of Doe's motion to quash the subpoena previously authorized by this Court.

  Thank you for your attention to this matter.

                Respectfully submitted,

                */s/ John C. Atkin*

                John C. Atkin, Esq.

Encl.
cc: All counsel of record (*via* ECF)